# Exhibit 1



June 17, 2019

**Re:    Team Member Care (TMC)**

Team:

At Life Time, we're all about championing healthy, happy lives including, of course, our Team Members. We support you and your Healthy Way of Life goals, and want to do so no matter where you live, work or play. We also want to ensure you're fulfilled in your work experience so that you're always equipped to serve members and continue to positively change lives.

That's why we're expanding and improving our Team Member Care (TMC) philosophy and practice that provides you with multiple options to report issues or concerns and have them addressed in a timely, effective and fair manner.

TMC now offers four options for raising and resolving concerns quickly and productively, including:

- Discussing and solving issues directly with your manager.
- Reporting concerns via our 24x7 Team Member Hotline or our new website: lifetime.ethicspoint.com.  Life Time has expanded the services available through the Hotline and is adding resources to the Employee Relations (ER) team to facilitate the investigation and resolution of concerns.
- *New: Reporting issues to an impartial Ombudsman who is dedicated to a fair and equitable investigation and resolution.
- *New: As a final step, Arbitration, through which a third-party reviews and resolves disputes efficiently following a presentation by both parties.

In keeping with our culture of care principles, I am excited about the TMC enhancements we've made and invite you to review more information about each option in the TMC practice overview and FAQs.

This is one more important step in our commitment to ensure every Team Member has incredible work experiences and our desire to be the best place to work.

Thank you, as always, for the tremendous dedication and passion you bring every day to help our members reach their goals and for choosing to be a valued Life Time Team Member.

In health,

Jess Elmquist, Chief Learning Officer, EVP Human Resources



**Team Member Care (TMC) Overview**

At Life Time, we champion healthy, happy lives. For Team Members, this means we aim to support your Healthy Way of Life goals and ensure your work experiences are fulfilling, so that you're in the best position to serve members and to continue to positively change lives.

As we strive to be recognized as one of the best places to work, Life Time is committed to provide unparalleled working experiences for Team Members. We also understand there may be times when Team Members have concerns. When this occurs, it's important that all concerns be addressed in a fair, timely and effective manner.

That's why we have in place our Team Member Care (TMC) philosophy and practice that provides you with multiple options to report issues for review and resolution.  Although most issues will be resolved in the quickest and most efficient manner by following these steps in order, you may utilize any TMC step you deem appropriate:

**Step 1 – Notify Local Leaders**.
- The first step to resolve employment concerns is to raise them with local leaders as they're often in the best position to quickly and efficiently address many issues.
- However, if you do not feel comfortable raising the concern with local leaders, or do so and are unhappy with the response, please continue to Step 2.

**Step 2 – Report a concern to Employee Relations (ER).**
- ER staff are in place to investigate and resolve issues that arise. You may contact ER via the below options (see the Life Time Code of Conduct for more information on reporting concerns to ER):
  - Call the Team Member Hotline at (888) 475-4211. The Hotline is available 24 hours per day, seven days per week.  If you wish, you may report concerns anonymously.
  - Make a report through the website at lifetime.ethicspoint.com.
  - Email EmployeeRelations@lt.life.
  - Mail a letter to Employee Relations, Life Time, Inc., 2902 Corporate Place, Chanhassen, MN 55317
- If you do not feel your concern was resolved by ER and it involves a legal issue, please continue to Step 3.  Otherwise, you may continue to work with local leaders and ER to resolve the issue.

**Step 3 – Request Ombudsman Review.**
- Send a written request to the impartial Ombudsman to review the investigation's findings and results to ensure they were thorough and appropriate. The Ombudsman may return the investigation to ER for further action. You may contact the Ombudsman via the below options:
  - Email Ombudsman@lt.life.
  - Mail a letter to Office of the Ombudsman, Life Time, Inc., 2902 Corporate Place, Chanhassen, MN 55317.
- If you do not feel your issue was resolved by Ombudsman review, please continue to Step 4.

**Step 4 – Arbitration.**
- An experienced, neutral arbitrator will hear your concern and provide a binding legal decision.
- You may initiate an arbitration by contacting ArbitrationCoordinator@lt.life.
- Please see the TMC FAQs and the Mutual Arbitration Agreement for more information about arbitration.



**Team Member Care (TMC) Program Overview**

| Step 1 | Speak with Local Leaders | Local Leaders are often best positioned to handle concerns quickly |

| Step 2 | Employee Relations (ER) Will Investigate Your Concerns. | Contact ER  through:<br><br>- The TM Hotline - (888) 475-4211<br>-By internet - lifetime.ethicspoint.com<br>- By email - EmployeeRelations@lt.life<br>- By mail *<br><br>Anonymous reports accepted |

**** If needed, continue to Step 3 if your concern involves a legal issue ***

| Step 3 | Ombudsman Review at Ombudsman@lt.life | An Ombudsman will conduct an impartial review to determine whether the ER investigation and its conclusion were appropriate. If not, they will  return the matter to ER for further action. |

| Step 4 | Arbitration at ArbitrationCoordinator@lt.life | An experienced,  neutral arbitrator will hear your concern and provide a binding, final decision |

Although most issues will be resolved in the quickest and most efficient manner by following these steps in order, you may utilize any TMC step you deem appropriate.

*Team Members wishing to send concerns to Employee Relations by mail can do so by sending them to: Employee Relations, Life Time, Inc., 2902 Corporate Place, Chanhassen, MN  55317

June 2019 (US)



## Team Member Care
### Frequently Asked Questions

➢ **What is Team Member Care (TMC)?** At Life Time, we always aim to support your Healthy Way of Life goals and ensure your work experiences are fulfilling, so that you're in the best position to serve members and continue to positively change lives. We also understand there may be times when Team Members have concerns. When this occurs, it's important that all concerns be addressed in a fair, timely and effective manner. That's why we have in place our Team Member Care (TMC) philosophy and practice that provides you with multiple options to report issues for review and resolution.

➢ **What type of concerns may a Team Member raise?** TMC allows Team Members to raise any concerns regarding their employment or work environment, including the interpretation of Company policies, questions about compensation, disputes regarding discipline, or claims of unfair treatment, harassment or discrimination.

➢ **What has changed with TMC?** We're expanding and improving our TMC philosophy and practice to provide you with multiple options to report issues or concerns and have them addressed in a timely, effective and fair manner. TMC now offers four options for raising and resolving concerns quickly and productively, including:
  ➢ Discussing and solving issues directly with your manager.
  ➢ Reporting concerns via our 24x7 Team Member Hotline or our new website: lifetime.ethicspoint.com.  Life Time has expanded the services available through the Hotline and is adding resources to the ER team to facilitate the investigation and resolution of concerns.
  ➢ *New: Reporting issues to an impartial Ombudsman who is dedicated to a fair and equitable investigation and resolution.
  ➢ *New: As a final step, Arbitration, through which a third-party reviews and resolves disputes efficiently following a presentation by both parties.

➢ **How quickly can an issue be resolved once I raise a concern?**  Life Time is committed to resolving issues as quickly as possible. With this in mind, TMC provides several options to raise concerns for prompt and efficient review and resolution. Plus, if you're not satisfied with the resolution at any time, you may advance to an alternative step in the process.

➢ **How may I report a concern to Employee Relations?**  You may call the Team Member Hotline, which is available 24-hours a day, 7-days a week, at (888) 475-4211P. If you wish, you can report concerns anonymously.  Alternatively, you may email EmployeeRelations@lt.life or contact Employee Relations by mail at: Employee Relations, Life Time, Inc., 2902 Corporate Place, Chanhassen, MN 55317. For more information on how to report concerns to Life Time, please see the Code of Conduct.

➢ **How may I ask the Ombudsman to review my concern if I'm not happy with the investigation or action taken by Employee Relations?** You may have the Ombudsman review any concerns involving legal issues by sending a request in writing by email to Ombudsman@lt.life or by mail to: Office of the Ombudsman, Life Time, Inc., 2902 Corporate Place, Chanhassen, MN 55317.

June 2019 (US)



➢ **What is an Ombudsman and what do they do?** The purpose of the Ombudsman is to, at the Team Member's request, conduct an impartial, second-level review of investigations completed by Employee Relations involving legal issues. The Ombudsman will review the results of the investigation for thoroughness and appropriateness in light of any concerns raised by the Team Member. If the Ombudsman believes the investigation is inadequate, they will refer the matter back to Employee Relations for additional investigation. Depending on the needs of the particular matter, the Ombudsman has the discretion to have the original investigator complete the additional investigation or have the investigation conducted by an alternate investigator.

➢ **Do I have to follow the TMC steps in order?** The goal of TMC is to resolve your concerns as quickly and efficiently as possible. For this purpose, we always suggest you first attempt to resolve your concerns with local leaders. From there, we believe most issues will be resolved in the quickest and most efficient manner by activating the TMC steps in order. However, you may utilize any TMC step you deem appropriate.

➢ **What if I raise concerns and I'm not happy with the response?** If you're unsatisfied with the resolution at any step of the TMC process, you may escalate to another step in the process. For example, if you're unsatisfied with ER's resolution of a legal issue, you may have the Ombudsman review the investigation for potential reconsideration. If you remain unsatisfied following the Ombudsman's review and findings, you may initiate the arbitration process.

➢ **What is arbitration?** Arbitration is a way to resolve a dispute that is private and less formal, less costly, and less time-consuming than traditional litigation. The parties agree to submit their dispute to a neutral arbitrator who is authorized to resolve the dispute by rendering a final and binding decision.

➢ **What are the benefits to arbitration?** The parties can select the arbitrator on the basis of the arbitrator's expertise in the subject matter of the dispute, and thus obtain a more qualified decision maker to resolve their dispute. The arbitration process is more flexible and less formal than litigation in court and, therefore, often requires much less time and expense than litigation. Also, the parties generally have access to the same remedies in arbitration as they would in court. Life Time already uses arbitration with our members and has found it to be a fair, cost-effective and timely means of resolving disputes.

➢ **What is my role in the arbitration?** Although it is more informal than traditional litigation, arbitration is still an adversarial process. You will present your case by calling witnesses, presenting documentary evidence, and making arguments to persuade the arbitrator that he or she should rule in your favor.

➢ **Who is the arbitrator?** The arbitrator will be someone upon whom both parties agree. The arbitrator will be either (a) a retired federal district court judge, retired federal magistrate judge, or retired state trial court judge, who served in that capacity in the state where the arbitration takes place, or (b) an attorney with at least 15 years of experience in employment law in private practice.

➢ **How much does arbitration cost?** Life Time is responsible for paying any filing fee, administrative fee, and the fees and costs of the arbitrator. However, if you initiate the arbitration, you agree to pay an amount equal to the current filing fee that would apply to your



claim if you brought it in state court where you reside. You will also pay your own litigation costs and attorneys' fees (if you choose to retain an attorney).

➢ **How long does arbitration last?** Much like litigation, the length of a particular arbitration may vary. It usually takes several months for parties to complete the necessary discovery and other work to prepare for an arbitration. The hearing itself will last anywhere from one day to a week or more.

➢ **Do I need a lawyer?** Not necessarily; however, you may choose to retain one since the process is adversarial in nature. You must pay for your own lawyer. If you prevail, the arbitrator may, in certain circumstances, award attorneys' fees.

➢ **Do I give up any rights by agreeing to binding arbitration?** Yes, arbitration governs the place or venue in which claims are heard. Under the agreement, you give up the right to have your dispute heard by a judge or jury in the court system. You also give up your right to bring or participate in a class or collective claim. However, you will be able to bring whatever individual legal claims you believe you have in arbitration.

You do not give up the right to make a complaint to the federal Equal Employment Opportunity Commission (EEOC), Department of Labor, and National Labor Relations Board (NLRB), or any federal administrative agency, or any other claim that the law does not allow to proceed in arbitration. There are also other kinds of claims that are not covered by arbitration (including claims for Workers' Compensation, State disability insurance, and Unemployment compensation benefits), which are detailed in the agreement.

➢ **What if I am unhappy with the arbitrator's decision?** Under a few limited circumstances, such as after-discovered bias on the part of the arbitrator, arbitrary and capricious decisions, or newly-discovered evidence, a party may ask the arbitrator to reconsider the decision, or appeal to a court to overturn a decision. Generally, however, the arbitrator's decision is final.

➢ **Is the arbitration process confidential?** While some company's arbitration processes are confidential, Life Time's process is not. You have the same right to discuss any claims you bring in arbitration as you would if you brought those claims in the court system.

➢ **What Team Members are covered by the Mutual Arbitration Agreement with Life Time?** All current and future Team Members in Life Time's clubs, whether full-time, part-time, temporary or seasonal, are covered by the agreement [except those working in New Jersey clubs].

➢ **May I review the Mutual Arbitration Agreement?** Yes, the Mutual Arbitration Agreement has been uploaded to your Workday account, and posted to LT Grid and LT Pulse. Additionally, copies of the agreement and these FAQs are being mailed to the current home address you have on file with the Company.

➢ **How may I print a copy of the Mutual Arbitration Agreement?** You may print a copy of the agreement via your Workday account, or by accessing the document on LT Grid or LT Pulse.

➢ **Am I required to sign the Mutual Arbitration Agreement?** : New hires must sign the agreement as a condition for employment at Life Time; however, you may opt-out of the agreement within 15 days if you wish to do so. If you are a current Team Member, you need not sign the



agreement. You also may opt-out of the agreement within 15 days if you wish to do so. Otherwise, you will be bound by the agreement.  Please note that the opt-out option is not available to new and current Team Members in Missouri.

➢ **What is Life Time providing in exchange for my agreeing to the Mutual Arbitration Agreement?** Among other consideration, Life Time is agreeing to arbitrate disputes it may have with you. This consent by both parties to be bound by the terms of the agreement provides consideration.

➢ **Should I consult with an attorney about the Mutual Arbitration Agreement?** This is a decision that each team member must make. You are welcome to do so, and Life Time is giving you 15 days to opt of the Agreement if you do not want to participate in the arbitration program, unless you work at a club in Missouri.

➢ **What happens if I do not agree to the Mutual Arbitration Agreement?** : Agreeing to arbitration is a condition for employment at Life Time, but you may opt-out of the agreement within 15 days if you wish to do so, unless you work at a club in Missouri.

➢ **If I would like to opt-out of the Mutual Arbitration Agreement, how may I do so?** You may opt-out by following the instructions included in the Agreement, unless you work at a club in Missouri. You must opt out within 15 days of receipt of the Team Member Care materials.

➢ **What if I elect to opt-out after the 15 day period?**  If you wish to opt-out, you must do so within 15 days of receipt of the Team Member Care materials. Opt-outs received after 15 days will not be valid.

➢ **Will I be terminated or face any other negative consequences if I elect to opt-out of the Mutual Arbitration Agreement?**  Team Members will not face any negative consequences for opting out. Life Time strictly forbids retaliation against Team Members who elect to opt out.

➢ **Am I still bound by the Mutual Arbitration Agreement after I leave my employment with Life Time?** Yes, the terms of the Agreement continue to apply to all employment-related claims between you and Life Time (as set forth in the Agreement), even after your employment with Life Time has ended.

➢ **What if I don't speak English? Does Life Time offer translated agreements?** Please contact Employee Relations at EmployeeRelations@lt.life or at (888) 475-4211 if you would like to request a translated agreement.

June 2019 (US)

## MUTUAL ARBITRATION AGREEMENT (TEAM MEMBERS)

<u>Purpose of and Consideration for this Agreement</u>. Life Time, Inc. (together with its parents, subsidiaries or affiliates, including LTF Club Management Company, LLC, LTF Construction Company, LLC, collectively "**Life Time**") recognizes that differences may arise between Life Time and its employees ("team members") that cannot be amicably resolved. It is in the team member's interest and Life Time's interest that these disputes be resolved in a manner that is fair, expeditious, economical, and less burdensome or adversarial than litigation in court. Life Time requires its team members (except as noted below) to agree to the terms of this Mutual Arbitration Agreement ("**Agreement**") as a condition of Life Time's consent to be bound by its terms. The mutual promises by Life Time and team members to arbitrate differences—rather than litigate them before courts—provide sufficient consideration for each other.

<u>Mutual Agreement to Arbitrate; Claims Covered by the Agreement</u>. Any "Covered Claims" that arise between team members and Life Time and its parents, subsidiaries, affiliates, their current or former officers, directors, employees, agents, and/or their successors and assigns (collectively also referred to as "**Life Time**"), will be submitted to and determined exclusively by binding arbitration in accordance with the Federal Arbitration Act. "**Covered Claims**" are those brought under any statute, regulation, law, local ordinance, contract, covenant (express or implied), or common law relating to employment with Life Time, including but not limited to those concerning employee benefit plans, compensation, discrimination, harassment, retaliation, recovery of bonus, tuition reimbursement or relocation benefits, leave of absence, disability or other accommodation, or termination of employment.

**Except as expressly provided in this Agreement, arbitration is the only forum for resolving Covered Claims, and that Life Time and its team members waive the right to a trial before a judge or jury in federal or state court for Covered Claims.** The Arbitrator will have the authority to award the same damages and other relief that would have been available in court under applicable law.

Except as expressly provided below, the Arbitrator will have exclusive authority to resolve disputes regarding the formation, interpretation, applicability, enforceability, or implementation of this Agreement, including claims that all or part of this Agreement is void or voidable.

<u>Claims Not Covered by this Agreement</u>. The following claims are not covered by this Agreement: (a) claims for workers' compensation or unemployment; (b) claims for benefits due under an employee benefit plan; (c) claims that as a matter of controlling law cannot be subject to arbitration, unless preempted by the Federal Arbitration Act; (d) actions to compel arbitration or confirm or vacate an Arbitrator's award under this Agreement; (e) claims asserted by an team member in an action to which the team member was a party if that action was commenced or the team member became a party to that action before Life Time and the team member entered into this Agreement; (f) claims asserted on the team member's behalf by another individual if the claims were the subject of a class or collective action and that class or collective action was filed before Life Time and the team member entered into this Agreement; (g) actions for declaratory judgment or injunctive relief arising out of a written non-disclosure, intellectual property, non-solicitation, or non-competition agreement signed by Life Time and the team member, although Life Time and its team members give up the opportunity to recover monetary relief from such court action and, instead, are able to pursue a claim for monetary relief through arbitration under this Agreement; and (h) a charge or complaint filed with a federal, state, or local administrative agency such as the Equal Employment Opportunity Commission, National Labor Relations Board, Department of Labor, or similar agency, although Life Time and its team members give up the opportunity to recover monetary relief from such charge or complaint and, instead, are able to pursue a claim for monetary relief through arbitration under this Agreement.

1

<u>Agency, Representation, and Delegation of Authority</u>: Except as expressly provided in this Agreement, any individual, private entity, or sovereign entity that seeks to or actually represents a Life Time team member, acts as the team member's agent, or otherwise relies on any injuries the team member may allege to assert one or more of the Covered Claims against Life Time (collectively "**Representatives**"), has authority to do so only in an arbitral forum. Life Time's team members do not consent to anyone purporting to represent their interests in connection with the Covered Claims in a forum other than arbitration, as provided in this Agreement.

<u>Waiver of Class, Collective, Consolidated, or other Representative Claims</u>. Covered Claims will be arbitrated only on an individual basis, and Life Time's team members waive the right to participate in or receive monetary or other relief from a class, collective, consolidated, or other representative proceeding. Neither Life Time nor its team members may bring a claim on behalf of other individual(s). An Arbitrator hearing a claim may not combine more than one individual's claim or claims into a single case or arbitrate any form of a class, collective, consolidated, or other representative proceeding.

Any question or dispute concerning the scope or validity of the above two paragraphs will be decided by a court of competent jurisdiction and not by an Arbitrator. If a court determines that one or both of the two paragraphs are invalid, Life Time and its team members waive any right to arbitration of class, collective, consolidated, or other representative claims, and Life Time and its team members instead agree and stipulate that such claims will be heard only before a court.

<u>Option to Opt-Out of Arbitration</u>. Arbitration is not a mandatory condition of employment at Life Time, except for team members working at Life Time clubs in Missouri. Except for team members in Missouri, any Life Time team member may elect not to receive the benefits of arbitration by notifying Life Time in writing of the team member's desire to opt out of this arbitration provision by sending a letter, by certified mail, to the following address, within 15 days after the team member receives this Agreement, stating the team member's name and intent to opt out of this arbitration provision:

**Life Time Arbitration Coordinator**
Life Time, Inc.
2902 Corporate Place
Chanhassen, MN  55317


Life Time team members will not be subject to retaliation if they exercise their right to opt out of this arbitration provision. If a team member does not opt out of this arbitration provision within the 15-day period, that team member and Life Time shall be bound by the terms of this arbitration provision.

<u>At-Will Employment Unchanged by this Agreement</u>. Nothing in this Agreement changes or modifies any team member's employment-at-will relationship with Life Time.

<u>Right to Representation</u>. Life Time and its team members have the right to be represented by their own attorneys in arbitration.

<u>How to Start the Arbitration Process; Time Limits for Commencing Arbitration</u>. A demand for arbitration of a Covered Claim must be made in writing and delivered by hand or first-class mail to the other party no later than the expiration of the statute of limitations (deadline for filing) that the law establishes for the claim. Otherwise, the claim will be deemed waived. In the case of a claim under a statute that requires filing of a charge or complaint with an administrative agency before commencing a lawsuit, that administrative charge or complaint procedure must be exhausted before a demand for arbitration is filed, and the statute of limitations for demanding arbitration of such a claim is the time period within which a

person must file a lawsuit after receiving a notice of right to sue from the agency. A written demand for arbitration must identify and describe the nature of all claims asserted and the relief or remedy sought. A demand for arbitration made by Life Time will be given by notice at the last address recorded in a team member's personnel file. A demand for arbitration made to Life Time must be provided to:

**Life Time Arbitration Coordinator**
Life Time, Inc.
2902 Corporate Place
Chanhassen, MN  55317

<u>Arbitration Fees and Costs</u>. Life Time will be responsible for paying any filing fee, administrative fee, and the fees and costs of the Arbitrator; however, if the team member initiates the arbitration, then the team member will contribute an amount equal to the current filing fee that would apply to the team member's claim if brought in state court where the team member resides. This fee must be paid by the team member within 30 days of the demand for arbitration. Failure to pay the applicable fee within this time period will result in dismissal of the demand. Life Time and the team member will pay their own litigation costs and attorneys' fees. But if Life Time or the team member prevails on a statutory claim that affords the prevailing party its attorneys' fees and litigation costs or if there is a written agreement providing for attorneys' fees and/or litigation costs, then the Arbitrator must rule on a motion for attorneys' fees and/or litigation costs under the same standard a court would apply under the law applicable to the claim at issue.

<u>Arbitration Process and Procedures</u>. To the maximum extent permitted by law and except as noted in this Agreement, the Arbitrator selected by the parties will administer the arbitration according to the Employment Arbitration Rules (or successor rules) of the American Arbitration Association ("**AAA**") and Federal Rule of Civil Procedure ("**FRCP**") 68 ("**Offer of Judgment**"). These rules may be found at www.adr.org and www.law.cornell.edu/rules/frcp/rule_68, respectively, or a team member can request them from Life Time. If AAA's rules are inconsistent with this Agreement, the terms of this Agreement will govern, including as follows:

    a.  **Location**. The arbitration will take place at a mutually convenient location in the state that is (or was) the team member's primary Life Time work location at the time the claim arose.

    b.  **Arbitrator Qualifications**. The Arbitrator will be: (1) a retired federal district court judge, retired federal magistrate judge, or retired state trial court judge, who served in that capacity in the state where the arbitration takes place; or (2) an attorney with at least 15 years of experience in employment law in private practice.

    c.  **Selecting the Arbitrator**. Life Time and the team member will confer and attempt to mutually agree on an Arbitrator who meets the above Arbitrator Qualifications. If Life Time and the team member cannot agree on an Arbitrator who meets the Qualifications, they will request that AAA provide a list of nine arbitrators who meet the Qualifications. Life Time and the team member will confer in person or by telephone and select from that list the Arbitrator who will hear the Covered Claim. The party demanding arbitration will strike a name first and then the responding party, alternating strikes until only one name remains, who will be the selected Arbitrator unless he or she is unavailable or otherwise unable to serve.

    d.  **Disclosure**. Regardless of whether Life Time and the team member mutually agree on an Arbitrator or select an Arbitrator from a list provided by AAA, AAA rules governing Arbitrator disclosures and disqualification will apply.

**e.  Discovery of Evidence.**

(i)    Each party is entitled to ten interrogatories in a form consistent with Rule 33 of the FRCP (www.law.cornell.edu/rules/frcp/rule_33).

(ii)   Each party is entitled to 25 requests for production of documents in a form consistent with Rule 34 of the FRCP (www.law.cornell.edu/rules/frcp/rule_34).

(iii)  Each party will have the right to take depositions of three fact witnesses (limited to seven hours each, for a total of no more than 21 hours) and any expert witness designated by the other party (limited to seven hours each), in a form consistent with Rule 30 of the FRCP (www.law.cornell.edu/rules/frcp/rule _30).

**f.  Arbitrator's Authority.**

(i)    The Arbitrator's authority and jurisdiction will be limited to determining the matter in dispute consistent with controlling law and this Agreement. The Arbitrator will apply— and will not deviate from—the substantive state law and/or federal law under which the claim arose.

(ii)   The Arbitrator will not have the authority to hear disputes not recognized by existing law. The Arbitrator will have the authority to issue an award or partial award on the grounds that there is no claim on which relief can be granted or that there is no genuine issue of material fact, consistent with the standards set forth in Rules 12 and 56 of the FRCP (www.law.cornell.edu/rules/frcp/rule_12 and www.law.cornell.edu/rules/frcp/rule_56).

(iii)  The Arbitrator will decide all disputes related to discovery. The Arbitrator may allow additional discovery beyond the limits described above, but only on a showing of substantial need by either party or on a showing of an inability to pursue or defend a claim. Consistent with the above prohibition on class, collective, consolidated, and other representative actions, the Arbitrator will not have authority to order discovery related to a representative claim of any kind.

(iv)   The Arbitrator will have the same authority to order remedies (e.g., emotional distress damages, punitive damages, equitable relief, etc.) as would a court of competent jurisdiction. The Arbitrator will not have the authority to order a remedy that a court would not be authorized to order under the law applicable to the claim.

(v)    The Arbitrator's authority will be limited to deciding the case submitted by the parties. Therefore, no decision by an Arbitrator will serve as precedent in other arbitrations, except in a dispute between Life Time and the team member to preclude the same claim from being re-arbitrated.

(vi)   The Arbitrator will evaluate this case under the law of the jurisdiction in which the team member's Life Time work facility is located.  If the team member is no longer employed at the Company or has worked at more than one facility, the Arbitrator will apply the law of the jurisdiction in which the Life Time facility is located where the team member worked at the time when the events underlying the claim occurred.

**g.  Confidentiality**. The arbitration shall be confidential, and the parties agree not to disclose the claims, defenses, evidence, testimony or outcome of the arbitration, or to otherwise disclose information from the arbitration, unless the arbitration concerns a claim for sexual harassment, discrimination, retaliation, or any claim that may not be treated as confidential under applicable

4

law.

    **h. Outcome**. No later than thirty (30) days from the date the arbitration hearing concludes, the Arbitrator must issue an award in writing, setting forth in summary form the factual and legal bases for the Arbitrator's determination.

<u>Other Agreements</u>. This Agreement constitutes the complete agreement between Life Time and its team members with respect to the subject matter hereof, and it terminates and supersedes any prior agreement to arbitrate between Life Time and those team members. If this Agreement is held to be unenforceable in its entirety, then any prior arbitration agreement between Life Time and the team member survives. This Agreement does not, however, terminate, supersede, or otherwise modify any other term of a Life Time employment agreement (if any).

<u>Survival of Agreement</u>. This Agreement to arbitrate will survive the termination of a team member's employment.

<u>Savings Clause, Conformity Clause</u>. If any provision of this Agreement is determined to be unenforceable or in conflict with a mandatory provision of applicable law, the unenforceable or conflicting provision will be automatically severed and the remainder of this Agreement will not be affected, except that it will be construed to incorporate such mandatory provision.

June 2019 (US)